AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Maryland ▼

| | |
|---|---|
| Green Contracting Company, Inc.<br>Rossville International Park<br>8837 Yellow Brick Road<br>Baltimore, Maryland 21237-2379<br><br>*Plaintiff(s)*<br>v.<br>West Warwick Welding, Inc.<br>970 Main Street, Suite 2<br>West Warwick, Rhode Island 02893<br><br>*Defendant(s)* | Civil Action No.  1:25-cv-03543-CJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* West Warwick Welding, Inc.
Serve on: Loluis J. Campisani, Resident Agent
970 Main Street, Suite 2
West Warwick, Rhode Island 02893

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia E. Rodgers-Waire, Esquire
Wright, Constable & Skeen, LLP
One Olympic Place
8th Floor
Towson, Maryland 21204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/29/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* West Warwick Welding, Inc.
was received by me on *(date)* Oct 31, 2025

☒ I personally served the summons on the individual at *(place)* West Warwick Welding, Inc. on *(date)* 11/3/25 9:18 AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 100 for travel and $ _____ for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 11/3/25 9:18 AM

Server's signature

Deborah A. Seystrom #6046
Printed name and title
RI Constable

70 Potters Ave
Server's address
West Warwick RI 02893

Additional information regarding attempted service, etc:

X _____
Louis J. Campisani, Reg. Agent